CECILY WATERMAN, State Bar No. 63502
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

SHANNON THORNE, State Bar No. 215609
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Defendant
UNISYS CORPORATION

STANLEY G. HILTON, State Bar No. 65990
LAW OFFICES OF STANLEY G. HILTON
2570 North First Street, Suite 200
San Jose, CA 95131
Tel: 415.378.6142
Fax: 650.558.1231

Attorney for Plaintiff
FARIBA BON

*IT IS SO ORDERED — Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FARIBA BON,<br><br>            Plaintiff,<br><br>    v.<br><br>UNISYS CORPORATION,<br><br>            Defendant. | Case No. CV 04-01935 JW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>F.R.C.P. 41(A)(1) |

Received:   5/23/2005  3:25PM;  ->Office General;  #795;  Page 8
MAY 23 2005 14:55 FR MORGAN LEWIS        650 8434001 TO 15065#0257950144 P.08

1  IT IS HEREBY STIPULATED by and between the parties to this action, and their
2  designated counsel, that the above-captioned action, including all causes of action against
3  Defendant Unisys Corporation, be and hereby is dismissed with prejudice pursuant to Federal
4  Rule of Civil Procedure 41(a)(1).

5  Dated: 5/21, 2005                FARIBA BON

6
7                                   By _____
8                                      Fariba Bon
                                       Plaintiff
9

10
11 Dated: 5/20, 2005                LAW OFFICES OF STANLEY G. HILTON
12
13                                  By _____
14                                     Stanley G. Hilton
                                       Attorney for Plaintiff
15                                     Fariba Bon

16
17 Dated: _____, 2005     UNISYS CORPORATION
18
19                                  By _____
                                       Diane Loebell
20

21 Dated: _____, 2005     MORGAN, LEWIS & BOCKIUS, LLP
22
23                                  By _____
24                                     Shannon Thorne
                                       Attorneys for Defendant
25                                     Unisys Corporation

26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3543825.1                              2                              C04-01935 JW
STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION

MAY-23-2005 18:25  FROM:MR.FROGGG  6505581231  TO:14083741577  P.1

Received:    5/23/2005   3:25PM;    ->Office General;   #795;   Page 8
MAY 23 2005 14:55 FR MORGAN LEWIS          650 8434001 TO 15065#0257950144 P.08

1. IT IS HEREBY STIPULATED by and between the parties to this action, and their
2. designated counsel, that the above-captioned action, including all causes of action against
3. Defendant Unisys Corporation, be and hereby is dismissed with prejudice pursuant to Federal
4. Rule of Civil Procedure 41(a)(1).

Dated: 5/21, 2005

FARIBA BON

By _____
Fariba Bon
Plaintiff

Dated: 5/20, 2005

LAW OFFICES OF STANLEY G. HILTON

By _____
Stanley G. Hilton
Attorney for Plaintiff
Fariba Bon

Dated: 6/6/05, 2005

UNISYS CORPORATION

By _____
Diane Loebell

Dated: _____, 2005

MORGAN, LEWIS & BOCKIUS, LLP

By _____
Shannon Thorne
Attorneys for Defendant
Unisys Corporation

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3543825.1                                  2                                C04-01935 JW
STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION

MAY-23-2005 18:25   FROM:MR.FROGGG   6502581231   TO:14083741577   P.1

1   IT IS HEREBY STIPULATED by and between the parties to this action, and their
2   designated counsel, that the above-captioned action, including all causes of action against
3   Defendant Unisys Corporation, be and hereby is dismissed with prejudice pursuant to Federal
4   Rule of Civil Procedure 41(a)(1).

Dated:_____, 2005        FARIBA BON

                                        By _____
                                           Fariba Bon
                                           Plaintiff


Dated:_____, 2005        LAW OFFICES OF STANLEY G. HILTON


                                        By _____
                                           Stanley G. Hilton
                                           Attorney for Plaintiff
                                           Fariba Bon


Dated:_____, 2005        UNISYS CORPORATION


                                        By _____
                                           Diane Loebell


Dated: July 8, 2005                    MORGAN, LEWIS & BOCKIUS, LLP


                                        By /s/ Shannon Thorne
                                           Shannon Thorne
                                           Attorneys for Defendant
                                           Unisys Corporation

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3543825.1                          2                           C04-01935 JW
STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION